HINCKLEY ALLEN

100 Westminster Street, Suite 1500
Providence, RI 02903
p: 401-274-2000 f: 401-277-9600
hinckleyallen.com

***Mitchell R. Edwards***
**medwards@hinckleyallen.com**
**Direct Dial: (401) 457-5122**

March 3, 2026

***Via Electronic Filing***

Hon. Philip M. Halpern
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: Migliaccio v. Bonafide Health, LLC, C. A. 7:25-cv-08954**

Dear Judge Halpern:

The Defendant, Bonafide Health, LLC, will not be filing a Motion to Compel Arbitration in the above-mentioned case, but reserves, and does not waive, any rights it may have against Plaintiff or putative class members under its Terms of Use and Privacy Policy. If Defendant later determines that good cause exists for making a motion to compel arbitration against Plaintiff or putative class members, it will seek leave of Court before doing so. Specifically, in that regard, in January, 2026, Defendant published new Terms of Use, which remove any "factual" questions about whether or not Defendant can compel arbitration of privacy claims such as Plaintiff asserts, and which Plaintiff purports to assert on behalf of the putative class. Since the complaint defines the "Class Period" as "the time period beginning on the date established by the Court's determination of any applicable statute of limitations, after consideration of any tolling, concealment, and accrual issues, and ending on the date of entry of judgment" (Doc. #1 @ 112, 113), the Class Period axiomatically includes individuals whose claims would be subject to arbitration.

Thank you for your attention to this matter.

Sincerely,

*Mitchell R. Edwards*

Mitchell R. Edwards

cc: Counsel of Record